**United States Bankruptcy Court**

**IN RE:** Case No. 26-41528

MAI KITCHEN LLC Chapter 7

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|