**Fill in this information to identify the case:**

Debtor name: MAI KITCHEN LLC

United States Bankruptcy Court for the: Northern District of California (State)

Case number (If known): 26-41528

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B* .......... $ 0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B* .......... $ 164,477.00

1c. **Total of all property:**
Copy line 92 from *Schedule A/B* .......... $ 164,477.00

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .......... $ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 6a of *Schedule E/F* .......... $ 0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .......... +$ 0.00

4. **Total liabilities** ..........
Lines 2 + 3a + 3b .......... $ 0.00

Case: 26-41528 Doc# 15 Filed: 08/11/26 Entered: 08/11/26 20:30:43 Page 1 of 1