Form FIND

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | | |
|---|---|---|
| In Re: | Mai Kitchen LLC | Case No.: 26−41528 DM 7 |
| | Debtor(s) | Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Sarah L. Little is discharged as trustee of the estate of the above−named debtor(s) and the bond is canceled.

☑ the chapter 7 case of the above−named debtor(s) is closed;

and

☐ Other

Dated: 10/1/26

By the Court:

Dennis Montali
United States Bankruptcy Judge